IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES WILLIAMS,

    Plaintiff,

vs.                                                     Case No.: 2:16-cv-33
                                                      JUDGE GEORGE C. SMITH
                                                      Magistrate Judge Vascura

WARDEN RICK CHUVALAS, *et al.*,

    Defendants.

## ORDER

On November 7, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Defendants' Motion for Summary Judgment be granted. (*See Report and Recommendation*, Doc. 23). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Defendants' Motion for Summary Judgment is **GRANTED**; Plaintiff's claim against Defendant Smith is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the PLRA's exhaustion requirements, and judgment is hereby awarded against Plaintiff and in favor of Defendant Warden Chuvalas with respect to the claim against him.

The Clerk shall remove Documents 20 and 23 from the Court's pending motions list and terminate this case.

       **IT IS SO ORDERED**.

                                                  */s/ George C. Smith*
                                                  **GEORGE C. SMITH, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**